AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ **District of** __California__

Allied Lomar, Inc.

Plaintiff (s),

V.

Lone Star Distillery, LLC et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __3:14-cv-03195-VC__

Notice is hereby given that, subject to approval by the court, __Lone Star Distillery, LLC__ substitutes
(Party (s) Name)

__William S. Kronenberg, and Steven W. Yuen__, State Bar No. __133730/230768__ as counsel of record in
(Name of New Attorney)

place of __J. Scott Gerien of Dickenson Peatman & Fogarty__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Kronenberg Law, P.C.

Address: 1999 Harrison Street, Suite 1450, Oakland, California 94612-4729

Telephone: (510) 254-6767    Facsimile (510) 788-4092

E-Mail (Optional): wkronenberg@krolaw.com, and syuen@krolaw.com

I consent to the above substitution.

Date: 9/30/2014

/s/ Dan Garrison

(Signature of Party (s))

I consent to being substituted.

Date: 9/30/2014

/s/ J. Scott Gerien

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 9/30/2014

/s/ William S. Kronenberg/Steven W. Yuen

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/1/2014

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

William S. Kronenberg - 133730
wkronenberg@krolaw.com
Steven W. Yuen - 230768
syuen@krolaw.com
KRONENBERG LAW, P.C.
1999 Harrison Street, Suite 1450
Oakland, CA  94612-4729
Tel:    (510) 254-6767
Fax:    (510) 788-4092

Attorneys for Defendant
LONE STAR DISTILLERY, LLC DBA
GARRISON BROTHERS DISTILLERY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLIED LOMAR, INC., <br><br> Plaintiff, <br><br> v. <br><br> LONE STAR DISTILLERY, LLC DBA GARRISON BROTHERS DISTILLERY; and DOES 1 THROUGH 10, <br><br> Defendants. | Case No.:  3:14-cv-03195-VC <br><br> **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY, AND ATTESTATION OF SIGNATORIES** <br><br> Judge:         Hon. Vince Chhabria <br> Courtroom:  4, 17th Floor <br> File Date:    July 15, 2014 <br> Trial Date:  None |

Per Civil Local Rule 5-1(i)(3), I attest I have obtained the concurrence of the other signatories in the filing of defendant Lone Star Distillery, LLC doing business as Garrison Brothers Distillery's consent order granting substitution of attorney form which shall serve in lieu of their signatures on this document.

DATED:  September 30, 2014

KRONENBERG LAW, P.C.

By:  /s/ Steven W. Yuen
_____
Steven W. Yuen
Attorneys for Defendant
LONE STAR DISTILLERY, LLC DBA
GARRISON BROTHERS DISTILLERY

---

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY, AND ATTESTATION OF SIGNATORIES
3:14-cv-03195-VC – PAGE 1

# CERTIFICATE OF SERVICE

I, Malina Golphin, declare:

At the time of service I was over 18 years of age, and not a party to this action. My business address is 1999 Harrison Street, Suite 1450, Oakland, California 94612-4729.

On September 30, 2014, I served the following document(s) on the parties in the within action:

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY, AND ATTESTATION OF SIGNATORIES**

|   |   |
|---|---|
|   | **BY MAIL**: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed below, and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. |
|   | **BY OVERNIGHT SERVICE**: I enclosed the document(s) in an envelope or package, and addressed to the persons listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. |
| X | **BY ECF**: I attached and submitted the above-described document(s) to the ECF system for filing. |

Robert P. Andris  　　　　　　　　　　　Attorneys For Plaintiff
Michael D. Kanach  　　　　　　　　　　ALLIED LOMAR, INC.
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
randaris@gordonrees.com
mkanach@gordonrees.com

I declare under penalty of perjury under the laws of the United States of America the foregoing is a true and correct statement, and this certificate was executed on September 30, 2014.

　　　　　　　　　　　　　　　　　　　　　　/s/ Malina Golphin
　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　　Malina Golphin